JJD:EEA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - X 15- 617M

UNITED STATES OF AMERICA

\- against -

SPENCER MARTIN COOK,
also known as "Billy Madison,"

Defendant.

\- - - - - - - - - - - - - - - - X

REMOVAL TO
THE EASTERN DISTRICT
OF VIRGINIA

(Fed. R. Crim. P. 5)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2015 ★
LONG ISLAND OFFICE

EASTERN DISTRICT OF NEW YORK, SS:

JONATHAN PAPLOW, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

Upon information and belief, on or about July 14, 2015, an arrest warrant was issued by the United States District Court for the Eastern District of Virginia commanding the arrest of the defendant SPENCER MARTIN COOK, also known as "Billy Madison," in connection with an indictment in which he was charged with one count of conspiracy to distribute cocaine and Ethylone, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

The source of your deponent's information and the grounds for his belief are as follows:[1]

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest and remove the defendant to the Eastern District of Virginia, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I am familiar with the facts and circumstances set forth below from my involvement in the investigation, my review of the investigative file and from reports of other law enforcement officers involved in the investigation.

2. On July 14, 2015, a Grand Jury in the Eastern District of Virginia returned a sealed indictment against the defendant and others, in which the defendant was charged with one count of conspiracy to distribute cocaine and Ethylone, in violation of 21 U.S.C. §§ 841(a)(1) and 846. The indictment was unsealed on July 15, 2015 and is attached hereto as Exhibit A. On July 14, 2015, an arrest warrant was issued by the United States District Court for the Eastern District of Virginia commanding the arrest of the defendant. The arrest warrant was unsealed on July 16, 2015. A copy of the warrant is attached hereto as Exhibit B.

3. Law enforcement authorities in the Eastern District of Virginia provided law enforcement authorities in the Eastern District of New York with, among other things, photographs of the defendant and pedigree information for the defendant. Some of the law enforcement authorities from the Eastern District of Virginia were also present for the defendant's arrest.

4. On July 16, 2015, I was part of the team of law enforcement authorities that arrested the defendant pursuant to the arrest warrant issued by the United States District Court for the Eastern District of Virginia. At the time of his arrest, the defendant was at his residence, a basement apartment at 78-51 Langdale Street, New Hyde Park, New York. Law enforcement authorities identified this address through computer searches and confirmed its

accuracy through surveillance. Other members of the arrest team saw the defendant entering and exiting the residence at this address several times prior to his arrest.

5. I immediately recognized the defendant based on the photographs that law enforcement authorities in the Eastern District of Virginia provided to me in advance of the arrest. In addition, other members of the arrest team that conducted surveillance at this location also recognized him.

6. At the time of his arrest, I verified the defendant SPENCER MARTIN COOK's name and date of birth on his driver's license. After his arrest, a member of the arrest team advised the defendant of his Miranda rights. The defendant signed a Miranda rights waiver form as SPENCER MARTIN COOK. The defendant also signed a form consenting to the search of his residence as SPENCER MARTIN COOK.

WHEREFORE, your deponent respectfully requests that the defendant SPENCER MARTIN COOK be removed to the Eastern District of Virginia so that he may be dealt with according to law.

JONATHAN PAPLOW
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me this
17th day of July, 2015

S/ Anne Y. Shields
THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 4:15CR33 |
| v. | ) | |
| | ) | |
| NATALIE VELEZ-DIPP | ) | 21 U.S.C. § 846 |
| (Counts 1-4) | ) | Conspiracy to Possess with Intent to |
| | ) | Distribute Ethylone and Cocaine |
| ERIC TUCKER | ) | (Count 1) |
| (Counts 1-3) | ) | |
| | ) | 21 U.S.C. § 841 |
| SPENCER MARTIN COOK | ) | Possess with Intent to Distribute Ethylone |
| a/k/a "Billy Madison" | ) | (Count 2) |
| (Count 1) | ) | |
| | ) | 21 U.S.C. § 856 |
| | ) | Maintaining Drug Involved Premise |
| | ) | (Count 3) |
| | ) | |
| | ) | 21 U.S.C. § 960 |
| | ) | Importation of Controlled Substances |
| | ) | (Count 4) |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | Forfeiture Allegation |

SUPERSEDING INDICTMENT

July 2015 Term - At Newport News, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about or between January 2014 and April 2015, in the Eastern District of Virginia and elsewhere, the defendants, NATALIE VELEZ-DIPP, ERIC TUCKER and SPENCER MARTIN COOK, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together with other persons known and unknown to the grand jury to commit the following offenses against the United States:

1. Distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and Ethylone, A Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 841 (a) (1) and (b) (1) (C).

2. Possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and Ethylone, A Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 841 (a) (1) and (b) (1) (C).

(All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C)).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 12, 2015, in James City County, Virginia, in the Eastern District of Virginia and elsewhere, the defendants, NATALIE VELEZ-DIPP and ERIC TUCKER, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of Ethylone, a Schedule I narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about or between January 2015 and March 2015, in James City County within the Eastern District of Virginia, NATALIE VELEZ-DIPP and ERIC TUCKER, the defendants herein, did knowingly and intentionally manage and control 403-D Stratford Road, Williamsburg, Virginia as owner, renter and mortgagee, for the purpose of unlawfully storing, and distributing, Schedule I narcotic controlled substances.

(In violation of Title 21, United States Code, Section 856(a)(2), and Title 18, United States Code, Section 2.)

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 12, 2015, in James City County, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, NATALIE VELEZ-DIPP, did unlawfully, knowingly and intentionally import into the United States from a place outside thereof, to wit: China, a mixture and substance containing Ethylone, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 952).

FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES THAT:

A. The defendants, NATALIE VELEZ-DIPP, ERIC TUCKER and SPENCER MARTIN COOK, if convicted of the violation alleged in Counts One through Four of the indictment, shall forfeit to the United States:

1. Any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

2. Any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

3. If any property that is subject to forfeiture above, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person, (c) has been place beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In violation of Title 21, United States Code, Section 853.)

REDACTED COPY

UNITED STATES V. NATALIE VELEZ-DIPP, et. al., 4:15CR33

A TRUE BILL:

REDACTED COPY

FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By:

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000

# EXHIBIT B

AO 442 (Rev. 01/09) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2015 JUL 14 P 2:38

United States of America
v.
SPENCER MARTIN COOK
*Defendant*

Case No. 4:15cr00033

## ARREST WARRANT

SEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SPENCER MARTIN COOK, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1.: T. 21, USC 846, 841(a)(1) and 841(b)(1)(C) - Conspiracy to Possess with Intent to Distribute Ethylone and Cocaine

Date: 07/14/2015

*Issuing officer's signature*

City and state: Newport News, Virginia

E. Miller, United States Magistrate Judge
*Printed name and title*

INFORMATION COPY ONLY

Return

This warrant was received on *(date)* , and the person was arrested on *(date)*
at *(city and state)*

NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

Date:

*Arresting officer's signature*

*Printed name and title*

Scanned by CamScanner