**CRIMINAL CAUSE FOR ARRAIGNMENT/REMOVAL HEARING**

**BEFORE:** Anne Y. Shields, USMJ **DATE:** 7/17/2015 **TIME START:** 11:00 p.m. (15 minutes).

**DOCKET #:** MJ-15-617-AYS **CAPTION:** USA -v- Cook

**DEFENDANT:** Spencer Martin Cook
X Present ____Not Present X In custody ____Bail

**COUNSEL:** Randi Chavis
____CJA ___Retained X Federal Defenders

**GOVERNMENT:** Erin Argo

**INTERPRETER:** N/A
**LANGUAGE:** ______________________

**COURT REPORTER:** ______________

**PRETRIAL Report Prepared by:** Arthur Bobyak X present ____not present

**FTR:** _ 11:16-11:31 **COURTROOM DEPUTY:** Alex Corsini

X Defendant arraigned. Defendant's initial appearance.

_____ Waiver of Speedy Indictment executed: Time excluded from _________________ to ____________________

_____ Preliminary Hearing Scheduled for: _________________________ At _____________ before ______________________

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure:
(1) If the defendant is in custody, the Preliminary Hearing must be scheduled within ten (10) days of today's date. (*Exclude* today's date, and any Saturdays, Sundays, or legal holidays in this computation)
(2) If the defendant is not in custody, the Preliminary Hearing must be scheduled within twenty (20) days of today's date. (*Exclude* today's date, but include Saturdays, sundays, or legal holidays in this computation).

X Identity Hearing Waived. Waiver of Rule 5 & 5.1 Hearings executed.

X Commitment to Another District executed.

___ Order Setting Conditions of Release and Bond entered. Special conditions apply. See bond for details.

_____ Temporary Order of Detention entered for defendant (s): ________________________________________________________

Pursuant to 18 U.S.C. § 3142(f)(2), A temporary Order of Detention may be continued for up to:
(a) three (3) days upon the Government's motion; or
(b) five (5) days upon the Defendant's motion.
(*Exclude* today's date and any Saturday, Sunday, or legal holiday in this computation)

_____ Detention Hearing scheduled for: ___________________________________________________________________________

_____ Permanent Order of Detention entered for defendant.

_____ Rule 40 Hearing held.

_____ Removal Hearing scheduled for: _____________________________________________________________________________

_____ Status Conference: **TO BE SCHEDULED IN THE**

_____ Defendant(s) _______________ continued on Bond.

X Defendant remains in custody.

_____ Defendant released on bond.

**OTHER: Agent sworn.**