AO 94 (Rev. 8/97) Commitment to Another District

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2015 ★
LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA
V.
Spencer Cook

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| EDNY | ED VA | 15mj617 | ED VA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☑ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 21 U.S.C. §§ 841, 846

**DISTRICT OF OFFENSE** ED Va

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute/possess w/ intent to distribute Ethylone and cocaine

**CURRENT BOND STATUS:**

☐ Bail Fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☑ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☑ No ☐ Yes Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/17/15
Date

S/ Anne Y. Shields
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |