CLOSED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CRIMINAL DOCKET FOR CASE #: 2:15−mj−00617−AYS−1

Case title: USA v. Cook
Other court case number: 4:15cr33 Eastern District of Virginia

Date Filed: 07/17/2015
Date Terminated: 07/17/2015

Assigned to: Magistrate Judge Anne Y. Shields

**Defendant (1)**

**Spencer Martin Cook**
*TERMINATED: 07/17/2015*
*also known as*
Billy Madison
*TERMINATED: 07/17/2015*

represented by **Randi L. Chavis**
Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, NY 11722
631−712−6500
Fax: 631−712−6505
Email: randi_chavis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

**Plaintiff**

**USA**

represented by **Erin Argo**
United States Attorneys Office

271 Cadman Plaza East
Brooklyn, NY 11201
718−254−6049
Fax: 718−254−7489
Email: erin.argo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/17/2015 | 1 | 3 | RULE 40 AFFIDAVIT by USA as to Spencer Martin Cook by Affiant Jonathan Paplow (Torres, Jasmine) (Entered: 08/07/2015) |
| 07/17/2015 | 2 | 16 | Minute Entry for proceedings held before Magistrate Judge Anne Y. Shields:Initial Appearance in Rule 5(c)(3) Proceedings as to Spencer Martin Cook held on 7/17/2015. Appearance entered by Randi L. Chavis for Spencer Martin Cook on behalf of defendant. Government: Erin Argo. Indentity Hearing Waived. Waiver of Rule 5 &5.1 Hearings executed. Commitment to Another District executed. (Tape #11:16−11:31.) (Torres, Jasmine) (Entered: 08/07/2015) |
| 07/17/2015 | 3 | 17 | WAIVER of Rule 5(c)(3) Hearing by Spencer Martin Cook (Torres, Jasmine) (Entered: 08/07/2015) |
| 07/17/2015 | 4 | 18 | COMMITMENT TO ANOTHER DISTRICT as to Spencer Martin Cook. Defendant committed to District of Eastern District of Virginia.. Ordered by Magistrate Judge Anne Y. Shields on 7/17/2015. (Torres, Jasmine) (Entered: 08/07/2015) |
| 07/17/2015 | 5 | 19 | CJA 23 Financial Affidavit by Spencer Martin Cook (Torres, Jasmine) (Entered: 08/07/2015) |

JJD:EEA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

**15- 617M**

UNITED STATES OF AMERICA

- against -

SPENCER MARTIN COOK,
also known as "Billy Madison,"

Defendant.

– – – – – – – – – – – – – – – – – X

REMOVAL TO
THE EASTERN DISTRICT
OF VIRGINIA

(Fed. R. Crim. P. 5)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2015 ★
LONG ISLAND OFFICE

EASTERN DISTRICT OF NEW YORK, SS:

JONATHAN PAPLOW, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

Upon information and belief, on or about July 14, 2015, an arrest warrant was issued by the United States District Court for the Eastern District of Virginia commanding the arrest of the defendant SPENCER MARTIN COOK, also known as "Billy Madison," in connection with an indictment in which he was charged with one count of conspiracy to distribute cocaine and Ethylone, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest and remove the defendant to the Eastern District of Virginia, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). I am familiar with the facts and circumstances set forth below from my involvement in the investigation, my review of the investigative file and from reports of other law enforcement officers involved in the investigation.

2. On July 14, 2015, a Grand Jury in the Eastern District of Virginia returned a sealed indictment against the defendant and others, in which the defendant was charged with one count of conspiracy to distribute cocaine and Ethylone, in violation of 21 U.S.C. §§ 841(a)(1) and 846. The indictment was unsealed on July 15, 2015 and is attached hereto as Exhibit A. On July 14, 2015, an arrest warrant was issued by the United States District Court for the Eastern District of Virginia commanding the arrest of the defendant. The arrest warrant was unsealed on July 16, 2015. A copy of the warrant is attached hereto as Exhibit B.

3. Law enforcement authorities in the Eastern District of Virginia provided law enforcement authorities in the Eastern District of New York with, among other things, photographs of the defendant and pedigree information for the defendant. Some of the law enforcement authorities from the Eastern District of Virginia were also present for the defendant's arrest.

4. On July 16, 2015, I was part of the team of law enforcement authorities that arrested the defendant pursuant to the arrest warrant issued by the United States District Court for the Eastern District of Virginia. At the time of his arrest, the defendant was at his residence, a basement apartment at 78-51 Langdale Street, New Hyde Park, New York. Law enforcement authorities identified this address through computer searches and confirmed its

accuracy through surveillance. Other members of the arrest team saw the defendant entering and exiting the residence at this address several times prior to his arrest.

5. I immediately recognized the defendant based on the photographs that law enforcement authorities in the Eastern District of Virginia provided to me in advance of the arrest. In addition, other members of the arrest team that conducted surveillance at this location also recognized him.

6. At the time of his arrest, I verified the defendant SPENCER MARTIN COOK's name and date of birth on his driver's license. After his arrest, a member of the arrest team advised the defendant of his Miranda rights. The defendant signed a Miranda rights waiver form as SPENCER MARTIN COOK. The defendant also signed a form consenting to the search of his residence as SPENCER MARTIN COOK.

WHEREFORE, your deponent respectfully requests that the defendant SPENCER MARTIN COOK be removed to the Eastern District of Virginia so that he may be dealt with according to law.

JONATHAN PAPLOW
Special Agent, United States Department of Homeland Security, Homeland Security Investigations

Sworn to before me this
17th day of July, 2015

S/ Anne Y. Shields
THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 4:15CR33 |
| v. | ) | |
| | ) | |
| NATALIE VELEZ-DIPP<br>(Counts 1-4) | ) | 21 U.S.C. § 846<br>Conspiracy to Possess with Intent to Distribute Ethylone and Cocaine<br>(Count 1) |
| ERIC TUCKER<br>(Counts 1-3) | ) | |
| SPENCER MARTIN COOK<br>a/k/a "Billy Madison"<br>(Count 1) | ) | 21 U.S.C. § 841<br>Possess with Intent to Distribute Ethylone<br>(Count 2) |
| | ) | 21 U.S.C. § 856<br>Maintaining Drug Involved Premise<br>(Count 3) |
| | ) | 21 U.S.C. § 960<br>Importation of Controlled Substances<br>(Count 4) |
| | ) | 21 U.S.C. § 853<br>Forfeiture Allegation |

SUPERSEDING INDICTMENT

July 2015 Term - At Newport News, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about or between January 2014 and April 2015, in the Eastern District of Virginia and elsewhere, the defendants, NATALIE VELEZ-DIPP, ERIC TUCKER and SPENCER MARTIN COOK, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together with other persons known and unknown to the grand jury to commit the following offenses against the United States:

1. Distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and Ethylone, A Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 841 (a) (1) and (b) (1) (C).

2. Possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and Ethylone, A Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Section 841 (a) (1) and (b) (1) (C).

(All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C)).

COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 12, 2015, in James City County, Virginia, in the Eastern District of Virginia and elsewhere, the defendants, NATALIE VELEZ-DIPP and ERIC TUCKER, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of Ethylone, a Schedule I narcotic controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about or between January 2015 and March 2015, in James City County within the Eastern District of Virginia, NATALIE VELEZ-DIPP and ERIC TUCKER, the defendants herein, did knowingly and intentionally manage and control 403-D Stratford Road, Williamsburg, Virginia as owner, renter and mortgagee, for the purpose of unlawfully storing, and distributing, Schedule I narcotic controlled substances.

(In violation of Title 21, United States Code, Section 856(a)(2), and Title 18, United States Code, Section 2.)

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 12, 2015, in James City County, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, NATALIE VELEZ-DIPP, did unlawfully, knowingly and intentionally import into the United States from a place outside thereof, to wit: China, a mixture and substance containing Ethylone, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 952).

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES THAT:

A. The defendants, NATALIE VELEZ-DIPP, ERIC TUCKER and SPENCER MARTIN COOK, if convicted of the violation alleged in Counts One through Four of the indictment, shall forfeit to the United States:

1. Any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

2. Any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

3. If any property that is subject to forfeiture above, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person, (c) has been place beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In violation of Title 21, United States Code, Section 853.)

REDACTED COPY

UNITED STATES V. NATALIE VELEZ-DIPP, et. al., 4:15CR33

A TRUE BILL:

REDACTED COPY

FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: [signature]

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000

# EXHIBIT B

AO 442 (Rev. 01/09) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

2015 JUL 14 P 2:38

United States of America
v.
SPENCER MARTIN COOK
*Defendant*

Case No. 4:15cr00033

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SPENCER MARTIN COOK, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☑ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Counts 1,: T. 21, USC 846, 841(a)(1) and 841(b)(1)(C) - Conspiracy to Possess with Intent to Distribute Ethylone and Cocaine

Date: 07/14/2015

*Issuing officer's signature*

City and state: Newport News, Virginia — Douglas E. Miller, United States Magistrate Judge

*Printed name and title*

INFORMATION COPY ONLY

Return

This warrant was received on *(date)* ____, and the person was arrested on *(date)* ____ at *(city and state)* ____

NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

Date: ____

*Arresting officer's signature*

*Printed name and title*

Scanned by CamScanner

**CRIMINAL CAUSE FOR ARRAIGNMENT/REMOVAL HEARING**

**BEFORE:** Anne Y. Shields, USMJ **DATE:** 7/17/2015 **TIME START:** 11:00 p.m. (15 minutes).

**DOCKET #:** MJ-15-617-AYS **CAPTION:** USA -v- Cook

**DEFENDANT:** Spencer Martin Cook **COUNSEL:** Randi Chavis
_X_ Present ____Not Present _X_ In custody ____Bail ____CJA ___Retained _X_ Federal Defenders

**GOVERNMENT:** Erin Argo **INTERPRETER:** N/A
**LANGUAGE:** ______________________

**COURT REPORTER:** ______________

**PRETRIAL Report Prepared by:** Arthur Bobyak _X_ present ____not present

**FTR:** 11:16-11:31 **COURTROOM DEPUTY:** Alex Corsini

_X_ Defendant arraigned. Defendant's initial appearance.

_____ Waiver of Speedy Indictment executed: Time excluded from _________________ to ____________________

_____ Preliminary Hearing Scheduled for: _________________________ At _____________ before ______________________

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure:
(1) If the defendant is in custody, the Preliminary Hearing must be scheduled within ten (10) days of today's date.
(*Exclude* today's date, and any Saturdays, Sundays, or legal holidays in this computation)
(2) If the defendant is not in custody, the Preliminary Hearing must be scheduled within twenty (20) days of today's date. (*Exclude* today's date, but include Saturdays, sundays, or legal holidays in this computation).

_X_ Identity Hearing Waived. Waiver of Rule 5 & 5.1 Hearings executed.

_X_ Commitment to Another District executed.

___ Order Setting Conditions of Release and Bond entered. Special conditions apply. See bond for details.

_____ Temporary Order of Detention entered for defendant (s): ___________________________________________________________

Pursuant to 18 U.S.C. § 3142(f)(2), A temporary Order of Detention may be continued for up to:
(a) three (3) days upon the Government's motion; or
(b) five (5) days upon the Defendant's motion.
(*Exclude* today's date and any Saturday, Sunday, or legal holiday in this computation)

_____ Detention Hearing scheduled for: ____________________________________________________________________________

_____ Permanent Order of Detention entered for defendant.

_____ Rule 40 Hearing held.

_____ Removal Hearing scheduled for: _____________________________________________________________________________

_____ Status Conference: **TO BE SCHEDULED IN THE**

_____ Defendant(s) _______________ continued on Bond.

_X_ Defendant remains in custody.

_____ Defendant released on bond.

**OTHER: Agent sworn.**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2015 ★
LONG ISLAND OFFICE

United States of America
v.
Spencer Cook
*Defendant*

Case No. 15mj617
Charging District's Case No. 4:15cr33

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Virginia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 7-17-15

[signature]
*Defendant's signature*

Randi Chavis
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2015 ★
LONG ISLAND OFFICE

District of

UNITED STATES OF AMERICA
V.

Spencer Cook

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| EDNY | ED VA | 15 mj 617 | ED VA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☑ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

**charging a violation of** 21 U.S.C. §§ 841, 846

**DISTRICT OF OFFENSE** ED Va

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute/possess w/ intent to distribute Ethylone and cocaine

**CURRENT BOND STATUS:**

☐ Bail Fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☑ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☑ No ☐ Yes Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/17/15
Date

S/ Anne Y. Shields
United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CJA 23

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

REV. 1/90

IN UNITED STATES [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT or [ ] OTHER PANEL (Specify below)

IN THE CASE OF ______ VS. ______

FOR ______

AT ______

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

COOK, SPENCER

CHARGE/OFFENSE (describe if applicable & check box →) [X] Felony [ ] Misdemeanor

Consperacy to Distrilute Cocaine + Ethylone

1 [X] Defendant—Adult
2 [ ] Defendant—Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other (Specify)______

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? [ ] Yes [X] No [ ] Am Self Employed

Name and address of employer: ______

IF YES, how much do you earn per month? $______

IF NO, give month and year of last employment 12/14 — How much did you earn per month $ 1200

If married is your Spouse employed? [ ] Yes [ ] No

IF YES, how much does your Spouse earn per month $ SINGLE

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ | |
| | |
| | |

**CASH**

Have you any cash on hand or money in savings or checking account [X] Yes [ ] No IF YES, state total amount $ 120.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes [ ] No

IF YES, GIVE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ 9,000 | 2009 JEEP |
| | |
| | |
| | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
[X] SINGLE
[ ] MARRIED
[ ] WIDOWED
[ ] SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: ______

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | RENT | $ | $ 1,200 |
| | CAR LOAN | $ 8,000 | $ 444.00 |
| | FORD CREDIT JUDGEMENT | $ 20,000 | $ 0 |
| | CAR INSURANCE | $ | $ 220.00 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature] 7/16/15

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.