FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 3 0 2015 ★

LONG ISLAND OFFICE

NB:PGS
F. #2015R01295

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

<u>O R D E R</u>

\- against -

SPENCER COOK,
also known as "Billy Madison,"

Defendant.

\- - - - - - - - - - - - - - - - - -X

WHEREAS, SPENCER COOK (the "defendant"), was indicted by a Grand Jury in the Eastern District of Virginia on July 14, 2015, and charged with one count of conspiracy to distribute cocaine and Ethylone, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

WHEREAS, pursuant to an arrest warrant issued by the United States District Court for the Eastern District of Virginia, the defendant was arrested on July 16, 2015, in the Eastern District of New York. On July 17, 2015, the defendant was brought before this Court and ordered to be removed, in custody, to the Eastern District of Virginia.

WHEREAS, on July 23, 2015, the removal order was held in abeyance, to allow for discussions between the defendant and the United States Attorney's Office for the Eastern District of New York (the "government") concerning possible charges in the this district.

WHEREAS, the defendant and the government both agree that the removal order should be reinstated and the defendant be removed to the Eastern District of Virginia.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the government and the defendant, that the removal order issued by this Court on July 17, 2015, be reinstated and that the defendant be removed, in custody, to the Eastern District of Virginia, as early as can be arranged by the United States Marshals Service.

Dated: Central Islip, New York
November 30, 2015

/s/ Anne Y. Shields

THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK